UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN MCTAGUE,<br><br>                 Plaintiff,<br>   v.<br><br>7-ELEVEN, INC, *et al.*,<br><br>              Defendants. | Case No. 3:25-cv-00649-MMD-CSD<br><br>ORDER |

Pro se Plaintiff Kevin McTague filed a complaint (ECF No. 1-2 ("Complaint")) on November 13, 2025. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending this action be dismissed without prejudice. (ECF No. 4.) Plaintiff had until January 29, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing this action because on December 3, 2025, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* or pay the full filing fee, and to date, Plaintiff has not. (ECF No. 4 at 1.) The Court agrees with Judge Denney that this action should be dismissed without prejudice.

It is therefore ordered that Judge Denney's R&R (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 18th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2